AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Safe Deposit Box #402
rented by Johnnie Walter James
Located at PNC Bank,
7601 Georgia Avenue, N.W.
Washington, DC 20012

**SEARCH WARRANT**

CASE NUMBER: 07-449-M

TO: __Peter A. Ott__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Peter A. Ott__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Safe Deposit Box #402 rented by Johnnie Walter James
Located at PNC Bank, 7601 Georgia Avenue, N.W. Washington, DC 20012

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

evidence of unlawful drug trafficking/proceeds of unlawful drug trafficking

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___Sept 24, 2007___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 1 4 2007    at Washington, DC

Date and Time Issued  JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer    Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>9/14/07 | DATE AND TIME WARRANT EXECUTED<br>9/14/07  11:20 Am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>BRANCH MGR. & BOX |

INVENTORY MADE IN THE PRESENCE OF

S/A C. Hoffman, TFO Q. Gore

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

U.S. Currency $100,000.00

FILED
SEP 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____    09/14/07
U.S. Judge or U.S. Magistrate Judge    Date